469 A.2d 308

Commonwealth v. Lewis, Appellant.

Submitted December 1, 1983. William John Moder, III, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.

469 A.2d 308

Commonwealth v. Miles, Appellant.

Submitted September 30, 1983. John Woodcock, Jr., Public Defender, for appellant; Jolene M. Grubb, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

The judgment of sentence imposed on the indecent assault conviction is vacated. The judgments of sentence imposed on the convictions for rape and terroristic threats are affirmed.